IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| GREGORY C. REISING, | |
|---|---|
| Petitioner, | 8:17CV321 |
| vs. | |
| BARB LEWIEN, Chief Executive Officer, Warden; | MEMORANDUM AND ORDER |
| Respondent. | |

This matter is before the court on Petitioner's Motion for Leave to Proceed in Forma Pauperis. ([Filing No. 2](#).) Petitioner already paid the $5.00 filing fee with his Petition for Writ of Habeas Corpus. (*See* Docket Sheet.) Accordingly,

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis ([Filing No. 2](#)) is denied as moot. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the *Rules Governing Section 2254 Cases*. The court will conduct this review in its normal course of business.

Dated this 1st day of September, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge