IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY C. REISING,<br><br>    Petitioner,<br><br>vs.<br><br>BARB LEWIEN, Chief Executive Officer, Warden;<br><br>    Respondent. | 8:17CV321<br><br>**MEMORANDUM AND ORDER** |

  This matter is before the court on Plaintiff's Motion for Copies. ([Filing No. 8](#).) The statutory right to proceed in forma pauperis does not include the right to receive copies of documents without payment. [28 U.S.C. § 1915](#); *see also* [*Haymes v. Smith*, 73 F.R.D. 572, 574 (W.D.N.Y.1976)](#) ("The generally recognized rule is that a court may not authorize the commitment of federal funds to underwrite the necessary expenditures of an indigent civil litigant's action.") (citing [*Tyler v. Lark*, 472 F.2d 1077, 1078 (8th Cir.1973)](#)). If Plaintiff requires copies of court documents, he should contact the clerk's office to determine the proper method of requesting and paying for copies. Accordingly,

  IT IS THEREFORE ORDERED that: Plaintiff's motion for copies is denied.

  Dated this 22nd day of November, 2017.

                    BY THE COURT:

                    s/ *Richard G. Kopf*
                    Senior United States District Judge