IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| GREGORY C. REISING, | |
|---|---|
| Petitioner, | 8:17CV321 |
| vs. | |
| BARB LEWIEN, Chief Executive Officer, Warden; | MEMORANDUM AND ORDER |
| Respondent. | |

This matter is before the court on Petitioner's Motion for Reconsideration regarding his request for a court order to obtain a copy of a psychological evaluation performed by Dr. Mark Lukin. (Filing No. 25.) As stated in the court's January 24, 2018 order denying Petitioner's motion to subpoena the evaluation (filing no. 20), Petitioner has not shown how the psychological evaluation is relevant to the statute of limitations issue presented by Respondent's summary judgment motion—a motion now fully submitted to the court and ripe for decision. Accordingly,

IT IS ORDERED that Petitioner's Motion for Reconsideration (filing no. 25) is denied.

Dated this 4th day of April, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge